Hotama HENDERAWAN; Angela Halim; Albert Hotama Halim; Felicia, Petitioners,

v.

Alberto R. GONZALES, Attorney General, Respondent.

No. 03–74282.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted June 7, 2006.

Filed July 25, 2006.

Kathleen S. Koh, Law Offices of Kathleen S. Koh, Alhambra, CA, for Petitioners.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, Ronald E. LeFevre, Chief Legal Officer, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Mary Jane Candaux, Esq., DOJ—U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: D.W. NELSON, RAWLINSON, and BEA, Circuit Judges.

MEMORANDUM *

Hotama Henderawan, his wife Angela Halim and their children Albert Hotama

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Circuit Rule 36–3.

Halim and Aileen Felicia,[1] natives and citizens of Indonesia, petition for review of the Board of Immigration Appeals's (BIA's) dismissal of their appeal of an Immigration Judge's (IJ's) denial of their applications for asylum, withholding of removal and relief under the Convention Against Torture. Our jurisdiction is governed by 8 U.S.C. § 1252. We dismiss in part and deny in part the petition for review.

The IJ denied Henderawan's application for asylum because the IJ determined the application was untimely filed. We lack jurisdiction to review that determination and therefore dismiss this portion of the petition for review. 8 U.S.C. § 1158(a)(3); *Hakeem v. INS*, 273 F.3d 812, 815 (9th Cir.2001).

We review for substantial evidence the IJ's denial of Henderawan's application for withholding of removal and relief under the Convention Against Torture. *Hakeem*, 273 F.3d at 816; *Hasan v. Ashcroft*, 380 F.3d 1114, 1123 (9th Cir.2004). Although Henderawan was a member of a disfavored group, *Sael v. Ashcroft*, 386 F.3d 922, 927 (9th Cir.2004), there was an insufficient showing of individualized risk of persecution to compel a finding of entitlement to withholding of removal. *See Hoxha v. Ashcroft*, 319 F.3d 1179, 1184–85 (9th Cir.2003). Henderawan's Convention Against Torture claim also fails, as the evidence does not compel the conclusion that Henderawan would more likely than not be subject to "an extreme form of cruel and inhuman treatment" upon return to Indonesia. 8 C.F.R. § 208.18(a)(2); *Nuru v. Gonzales*, 404 F.3d 1207, 1216 (9th Cir.2005).

---

1. Subsequent references to Petitioners will be to Henderawan only.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**PETITION FOR REVIEW DISMISSED in part; DENIED in part.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.